THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.  
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Rusty Dunbar, Appellant.
 
 
 

Appeal From Aiken County
Doyet A. Early, III, Circuit Court Judge

Unpublished Opinion No. 2012-UP-093   
 Submitted February 1, 2012  Filed
February 22, 2012

APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of
 Columbia; and Rusty Dunbar, pro se, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley
 W. Elliott, all of Columbia; and Solicitor J. Strom Thurmond, Jr., of Aiken,
 for Respondent.
 
 
 

PER CURIAM:  Rusty Dunbar appeals his convictions for first-degree burglary, kidnapping, armed robbery, and possession of a
 knife during the commission of a violent crime, arguing the trial court erred
 in removing a juror for premature deliberation without determining if any other
 jurors were involved.  Additionally,
 Dunbar asserts several pro se arguments.  After a thorough review of the record and all briefs
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsel's motion to be relieved.
APPEAL DISMISSED.
WILLIAMS,
 THOMAS, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.